In re:  
Lora L. Pringle  
    Debtor

Case No. 21-00803-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2  
Date Rcvd: May 18, 2021      Form ID: ntcnfhrg      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lora L. Pringle, 141 Maple St, Jersey Shore, PA 17740-1615 |
| 5402705 | + | CKS Prime Investments LLC, 1800 Route 34, Ste 305, Wall, NJ 07719-9168 |
| 5402706 | | Commentiy Capital Bank/Big Lots, PO Box 182120, Columbus, OH 43218-2120 |
| 5402704 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5402712 | | Mariner Finance, 201 Basin St Unit 14, Williamsport, PA 17701-5360 |
| 5402711 | | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5402703 | | Pringle Lora L, 141 Maple St, Jersey Shore, PA 17740-1615 |
| 5402717 | | UHG I LLC, 6400 Sheridan Dr Ste 138, Williamsville, NY 14221-4842 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2021 19:04:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402709 | | Email/Text: letterprocessing@diversifiedrecoverybureaullc.com | May 18 2021 18:56:00 | Diversified Recovery Bureau, Collector for UHG I LLC, 40 Gardenville Parkway Ste 201, West Seneca, NY 14224 |
| 5402707 | | Email/PDF: pa_dc_ed@navient.com | May 18 2021 19:05:05 | Department of Education, 123 S Justison St Fl 3, Wilmington, DE 19801-5360 |
| 5402708 | | Email/PDF: pa_dc_ed@navient.com | May 18 2021 19:05:19 | Department of Education/Navient, 123 S Justison St Fl 3, Wilmington, DE 19801-5360 |
| 5402710 | | Email/Text: cashiering-administrationservices@flagstar.com | May 18 2021 18:56:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 5410197 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 18 2021 18:56:00 | LAKEVIEW LOAN SERVICING, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5407096 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 18 2021 19:04:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5402713 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 18 2021 19:05:03 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5402714 | | Email/Text: bankruptcydpt@mcmcg.com | May 18 2021 18:56:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 5404057 | | Email/PDF: pa_dc_claims@navient.com | May 18 2021 19:04:49 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5402715 | | Email/PDF: cbp@onemainfinancial.com | May 18 2021 19:04:47 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 5405776 | + | Email/PDF: cbp@onemainfinancial.com | May 18 2021 19:05:17 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5402716 | | Email/Text: bankruptcynotices@psecu.com | May 18 2021 18:56:00 | PSECU, PO Box 67013, Harrisburg, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 17106-7013 |
| 5406748 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2021 18:56:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5403043 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 19:04:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402718 | | Email/Text: bbaker@wyrope.org | May 18 2021 18:56:00 | Wyrope Williamsport FCU, 1536 Riverside Dr, South Williamsport, PA 17702-7039 |
| 5409358 | + | Email/Text: BKRMailOps@weltman.com | May 18 2021 18:56:00 | Wyrope Williamsport Federal Credit Union, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Lisa M. Doran | on behalf of Debtor 1 Lora L. Pringle ldoran@dorananddoran.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lora L. Pringle,<br>aka Lora Lee Pringle,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 4:21−bk−00803−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 16, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be conducted remotely, see the Remote Appearance Guide, on the web site www.pamb.uscourts.gov | Date: July 23, 2021<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 18, 2021 |

ntcnfhrg (03/18)