Certificate Number: 13637-PAM-DE-035786116

Bankruptcy Case Number: 21-00803


13637-PAM-DE-035786116

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2021, at 4:24 o'clock PM MDT, Lora L. Pringle completed a course on personal financial management given by internet by BK Education Services, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 24, 2021     By: /s/Timothy Barrett

Name: Timothy Barrett

Title: President