# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:          :
                         :   **Case No. 4-21-bk-00803-HWV**

**Lora L. Pringle aka Lora Lee Pringle,**    :

                         :   **Ch. 13**

        Debtor          :

### Request for Payment of Chapter 13 Compensation and Expenses

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

**A.** Presumptively reasonable fees under LBR. 2016-2(c)
1. Amount agreed to by debtor    $
2. Less amount paid to attorney prior to filing petition    $
3. Balance of compensation to be paid through plan distributions    $
4. Expenses advanced to be paid through plan distributions: (describe expense and amount)    $

**B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)
1. Retainer received    $    750.00
2. Compensation earned prepetition and paid to attorney prior to filing petition    $
3. Expenses reimbursed prepetition    $
4. Balance in retainer after deduction of prepetition compensation and expenses    $
5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account    $    4,336.30

**C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(20 in the following amount based on the information above:    $    3,586.30

Dated: July 20, 2021          /s/ *Lisa M. Doran*

                                   Attorney for Debtor