# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

IN RE: :
: Case No. 4-21-bk-00803-MJC
**Lora L. Pringle aka Lora Lee Pringle,** :
: **Ch. 13**
Debtor :

**Certificate of Mailing**

The undersigned, Lisa M. Doran, of Doran & Doran, P.C., 69 Public Square, Suite 700, Wilkes-Barre, Pennsylvania 18701 hereby certifies that on August 24, 2021 a copy of the attached *Order Confirming Amended Chapter 13 Plan* was mailed to all parties named on the mailing list attached hereto by regular first class mail.

Dated August 24, 2021

Signed: /s/ *Lisa M. Doran*
Lisa M. Doran, Esquire

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lora L. Pringle,
aka Lora Lee Pringle,

Chapter 13

**Debtor 1**

Case No. 4:21-bk-00803-MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 23, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: August 23, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

orcnfpln(05/18)

```
Label Matrix for local noticing            CKS Prime Investments LLC              Commenitiy Capital Bank/Big Lots
0314-4                                     1800 Route 34, Ste 305                 PO Box 182120
Case 4:21-bk-00803-MJC                     Wall, NJ 07719-9168                    Columbus, OH 43218-2120
Middle District of Pennsylvania
Williamsport
Mon Aug 23 14:46:58 EDT 2021

Department of Education                    Department of Education/Navient        (p)DIVERSIFIED RECOVERY BUREAU
123 S Justison St Fl 3                     123 S Justison St Fl 3                 40 GARDENVILLE PKWY W STE 201
Wilmington, DE 19801-5360                  Wilmington, DE 19801-5360              WEST SENECA NY 14224-1399


Lisa M. Doran                              Doran & Doran PC                       Flagstar Bank
Doran & Doran, P.C.                        69 Public Sq Ste 700                   5151 Corporate Dr
69 Public Square, Suite 700                Wilkes-Barre, PA 18701-2588            Troy, MI 48098-2639
Wilkes-Barre, PA 18701


LAKEVIEW LOAN SERVICING, LLC               MERRICK BANK                           Mariner Finance
c/o Flagstar Bank, FSB                     Resurgent Capital Services             201 Basin St Unit 14
5151 Corporate Drive                       PO Box 10368                           Williamsport, PA 17701-5360
Troy, MI 48098-2639                        Greenville, SC 29603-0368


Mariner Finance                            Merrick Bank                           Midland Credit Management
8211 Town Center Dr                        PO Box 9201                            PO Box 939069
Nottingham, MD 21236-5904                  Old Bethpage, NY 11804-9001            San Diego, CA 92193-9069


Midland Credit Management, Inc.            Navient Solutions, LLC. on behalf of   Brian Nicholas
PO Box 2037                                Department of Education Loan Services  KML Law Group, P.C.
Warren, MI 48090-2037                      PO BOX 9635                            701 Market Street
                                           Wilkes-Barre, PA 18773-9635            Suite 5000
                                                                                  Philadelphia, PA 19106-1541

OneMain                                    OneMain Financial                      PRA Receivables Management, LLC
PO Box 1010                                PO Box 3251                            PO Box 41021
Evansville, IN 47706-1010                  Evansville, IN 47731-3251              Norfolk, VA 23541-1021


PSECU                                      Pennsylvania Department of Revenue     Lora L. Pringle
PO Box 67013                               Bankruptcy Division                    141 Maple St
Harrisburg, PA 17106-7013                  P.O. Box 280946                        Jersey Shore, PA 17740-1615
                                           Harrisburg, PA 17128-0946


Pringle Lora L                             Quantum3 Group LLC as agent for        Quantum3 Group LLC as agent for
141 Maple St                               CKS Prime Investments LLC              Comenity Capital Bank
Jersey Shore, PA 17740-1615                PO Box 788                             PO Box 788
                                           Kirkland, WA 98083-0788                Kirkland, WA 98083-0788


Rebecca Ann Solarz                         Synchrony Bank                         UHG
KML Law Group, P.C.                        c/o PRA Receivables Management, LLC    Peritus Portfolio Services II,
701 Market St.                             PO Box 41021                           PO BOX 141419
Suite 5000                                 Norfolk, VA 23541-1021                 IRVING, TX 75014-1419
Philadelphia, PA 19106-1541
```

| | | |
|---|---|---|
| UHG I LLC<br>6400 Sheridan Dr Ste 138<br>Williamsville, NY 14221-4842 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Wyrope Williamsport FCU<br>1536 Riverside Dr<br>South Williamsport, PA 17702-' |
| Wyrope Williamsport Federal Credit Union<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Diversified Recovery Bureau<br>Collector for UHG I LLC<br>40 Gardenville Parkway Ste 201<br>West Seneca, NY 14224 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35