United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00803-MJC |
| Lora L. Pringle | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 10, 2025 | Form ID: nttext | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

**Recip ID**      **Recipient Name and Address**
\+      Jordan Morrison, c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602-1196

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Lisa M. Doran | on behalf of Debtor 1 Lora L. Pringle ldoran@dorananddoran.com  LDoran@jubileebk.net |
| Robert Patrick Wendt | on behalf of Creditor NATIONSTAR MORTGAGE LLC LeopoldAssociatesPAX6428@projects.filevine.com |
| Robert Patrick Wendt | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
|---|---|
| Lora L. Pringle<br>aka Lora Lee Pringle<br><br>**Debtor 1** | Chapter 13<br><br>Case number 4:21−bk−00803−MJC |

**Notice**

Notice: There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry #67. The debtor's name is incorrect on the notice. The data was modified to match the information provided on the image. Please review the noted discrepancy for accuracy. If the information you provided is not accurate, please refile or amend your document. (RE: related document(s)67). (McHugh, Michael)

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 10, 2025 |

Notice Text Entries (Form nttext) (3/20)