United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Lora L. Pringle

     Debtor

Case No. 21-00803-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4       User: AutoDocke       Page 1 of 3

Date Rcvd: Jul 30, 2026       Form ID: 3180W       Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lora L. Pringle, 141 Maple St, Jersey Shore, PA 17740-1615 |
| 5402704 | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5402712 | Mariner Finance, 201 Basin St Unit 14, Williamsport, PA 17701-5360 |
| 5402703 | Pringle Lora L, 141 Maple St, Jersey Shore, PA 17740-1615 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: PRA.COM | Jul 30 2026 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: bncmail@w-legal.com | Jul 30 2026 18:42:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, Abilene, TX 79602, UNITED STATES 79602-1196 |
| 5402706 | EDI: WFNNB.COM | Jul 30 2026 22:45:00 | Commentiy Capital Bank/Big Lots, PO Box 182120, Columbus, OH 43218-2120 |
| 5402709 | Email/Text: letterprocessing@thedrbllc.com | Jul 30 2026 18:41:00 | Diversified Recovery Bureau, Collector for UHG I LLC, 40 Gardenville Parkway Ste 201, West Seneca, NY 14224 |
| 5402707 | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 30 2026 18:50:10 | Department of Education, 123 S Justison St Fl 3, Wilmington, DE 19801-5360 |
| 5402708 | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 30 2026 18:50:07 | Department of Education/Navient, 123 S Justison St Fl 3, Wilmington, DE 19801-5360 |
| 5402710 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 18:41:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 5410197 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 18:41:00 | LAKEVIEW LOAN SERVICING, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5667136 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 18:41:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 5667137 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 18:41:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, c/o Rushmore Servicing 75261-9096 |
| 5407096 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2026 18:50:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5402711 | Email/Text: bankruptcy@marinerfinance.com | Jul 30 2026 18:41:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5402713 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2026 18:50:10 | Merrick Bank, PO Box 9201, Old Bethpage, NY |

| ID | Manner | Date/Time | Recipient |
|---|---|---|---|
| | | | 11804-9001 |
| 5402714 | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2026 18:42:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 5411901 + | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2026 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5505780 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 18:41:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5505781 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2026 18:41:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5404057 | EDI: MAXMSAIDV | Jul 30 2026 22:45:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5404057 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 30 2026 18:50:07 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5402715 | EDI: AGFINANCE.COM | Jul 30 2026 22:45:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 5405776 + | EDI: AGFINANCE.COM | Jul 30 2026 22:45:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5402716 | EDI: G2RSPSECU | Jul 30 2026 22:45:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5406748 | EDI: Q3G.COM | Jul 30 2026 22:45:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5415692 | EDI: Q3G.COM | Jul 30 2026 22:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5403043 + | EDI: PRA.COM | Jul 30 2026 22:45:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5411762 | Email/Text: peritus@ebn.phinsolutions.com | Jul 30 2026 18:42:00 | UHG, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5402717 ^ | MEBN | Jul 30 2026 18:40:44 | UHG I LLC, 6400 Sheridan Dr Ste 138, Williamsville, NY 14221-4842 |
| 5402705 | EDI: G2RSVELOCITY | Jul 30 2026 22:45:00 | CKS Prime Investments LLC, 1800 Route 34, Ste 305, Wall, NJ 07719 |
| 5402718 | Email/Text: kthomas@wyrope.org | Jul 30 2026 18:42:00 | Wyrope Williamsport FCU, 1536 Riverside Dr, South Williamsport, PA 17702-7039 |
| 5409358 + | Email/Text: BKRMailOps@weltman.com | Jul 30 2026 18:42:00 | Wyrope Williamsport Federal Credit Union, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Lisa M. Doran | on behalf of Debtor 1 Lora L. Pringle ldoran@dorananddoran.com  LDoran@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Patrick Wendt | on behalf of Creditor NATIONSTAR MORTGAGE LLC LeopoldAssociatesPAX6428@projects.filevine.com |
| Robert Patrick Wendt | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Lora L. Pringle |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN   xxx–xx–7338
EIN   _ _ – _ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   4:21–bk–00803–MJC

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lora L. Pringle
aka Lora Lee Pringle

**By the court:**

7/30/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 4:21-bk-00803-MJC   Doc 76   Filed 08/01/26   Entered 08/02/26 00:26:57   Desc
Imaged Certificate of Notice   Page 6 of 6