**Fill in this information to identify the case:**

Debtor 1 LORA L. PRINGLE

Debtor 2 (Spouse, if filing) ____________________

United States Bankruptcy Court for the: MIDDLE District of PA (State)

Case number 21-00803

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** RUSHMORE SERVICING

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 2 3 1 1

**Property address:** 141 MAPLE STREET
Number Street

JERSEY SHORE PA 17740
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: ______________ (web address).

## Part 3: Arrearages

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 119,625.18 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 10,701.81 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ 4,912.02 |
| d. | Total amount of arrearages disbursed by the trustee: | $ 15,613.83 |

**Part 4:** **Postpetition Payments**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: ____________________

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ ________

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ ________

**Part 6:** **A Response Is Required by Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date 8 / 26 / 2026

Trustee Jack N Zaharopoulos
First Name Middle Name Last Name

Address 8125 Adams Drive, Suite A
Number Street

Hummelstown PA 17036
City State ZIP Code

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **RUSHMORE SERVICING** | | **Claim Number 520** | | | |
| Oct 18, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2017913 | 64.87 |
| Nov 08, 2022 | CNCPX | CANCELLED CHECK TO CREDITOR/PRINCIPAL | RS 619094 | 2017913 | -64.87 |
| Nov 16, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2019040 | 412.26 |
| Dec 13, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2019990 | 334.00 |
| Jan 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2020991 | 246.62 |
| Feb 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2021991 | 246.63 |
| Mar 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2023002 | 246.63 |
| Apr 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2024024 | 436.23 |
| May 16, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2025041 | 291.88 |
| Jun 13, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2025985 | 303.81 |
| Sep 19, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2028901 | 160.17 |
| Oct 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2029887 | 288.75 |
| Nov 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2030836 | 288.74 |
| Dec 19, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2031793 | 288.74 |
| Jan 12, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2032696 | 288.74 |
| Feb 14, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2033618 | 288.74 |
| Mar 14, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2034580 | 288.74 |
| Apr 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2035544 | 288.74 |
| May 22, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2036549 | 288.74 |
| Jun 18, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2037459 | 288.74 |
| Jul 10, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2038282 | 288.74 |
| Aug 07, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2039150 | 288.74 |
| Sep 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2040161 | 288.74 |
| Oct 23, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2041156 | 288.74 |
| Jan 15, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2044166 | 288.74 |
| Feb 19, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2045117 | 288.74 |
| Mar 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2046054 | 288.74 |
| Apr 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2046942 | 1,106.17 |
| May 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2047887 | 288.74 |
| Jun 17, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2048864 | 302.55 |
| Jul 22, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2049863 | 302.55 |
| Aug 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2050818 | 302.55 |
| Sep 16, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2051785 | 302.55 |
| Oct 10, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2052685 | 288.74 |
| Nov 19, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2053708 | 288.74 |
| Jan 21, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2055585 | 221.14 |
| **TOTAL FOR RUSHMORE SERVICING** | | | | | **10,701.81** |
| | | | **DISBURSEMENT TOTAL** | | **10,701.81** |

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **RUSHMORE SERVICING** | | **Claim Number 521** | | | |
| Oct 18, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2017913 | 29.77 |
| Nov 08, 2022 | CNCPX | CANCELLED CHECK TO CREDITOR/PRINCIPAL | RS 619094 | 2017913 | -29.77 |
| Nov 16, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2019040 | 189.23 |
| Dec 13, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2019990 | 153.29 |
| Jan 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2020991 | 113.21 |
| Feb 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2021991 | 113.19 |
| Mar 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2023002 | 113.20 |
| Apr 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2024024 | 200.23 |
| May 16, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2025041 | 133.97 |
| Jun 13, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2025985 | 139.44 |
| Sep 19, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2028901 | 73.52 |
| Oct 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2029888 | 132.52 |
| Nov 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2030836 | 132.53 |
| Dec 19, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2031793 | 132.53 |
| Jan 12, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2032696 | 132.53 |
| Feb 14, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2033618 | 132.53 |
| Mar 14, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2034580 | 132.53 |
| Apr 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2035544 | 132.53 |
| May 22, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2036550 | 132.53 |
| Jun 18, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2037459 | 132.53 |
| Jul 10, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2038282 | 132.53 |
| Aug 07, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2039150 | 132.53 |
| Sep 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2040161 | 132.53 |
| Oct 23, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2041156 | 132.53 |
| Jan 15, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2044166 | 132.52 |
| Feb 19, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2045117 | 132.54 |
| Mar 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2046054 | 132.52 |
| Apr 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2046942 | 507.72 |
| May 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2047887 | 132.53 |
| Jun 17, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2048864 | 138.87 |
| Jul 22, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2049863 | 138.87 |
| Aug 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2050818 | 138.86 |
| Sep 16, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2051785 | 138.87 |
| Oct 10, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2052685 | 132.53 |
| Nov 19, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2053708 | 132.53 |
| Jan 21, 2026 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | RS 619094 | 2055585 | 101.50 |
| **TOTAL FOR RUSHMORE SERVICING** | | | | | **4,912.02** |
| | | | **DISBURSEMENT TOTAL** | | **4,912.02** |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>LORA L. PRINGLE<br>Debtor | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>Movant | : | |
| vs. | : | CASE NO. 4:21-BK-00803-MJC |
| LORA L. PRINGLE<br>Respondent | : | |

**CERTIFICATE OF SERVICE**

AND NOW, this 26th day of August 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Rushmore Servicing
Attn: BK Dept
P.O. Box 619096
Dallas, TX 75261-9741

Lisa M Doran, Esquire
69 Public Square Suite 700
Wilkes Barre, PA 18701

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

Lora L. Pringle
141 Maple Street
Jersey Shore, PA 17740-1615

Rushmore Servicing
Attn: BK Dept
P.O. Box 619096
Dallas, TX 75261-9741

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee